UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOE JESSIE GARCIA,<br><br>   Plaintiff,<br><br> v.<br><br>A.T. Ferrell Company, Inc., CEREX AG,<br>and DOES 1-50,<br><br>   Defendants. | Case No.  1:26-cv-00771-JLT-EPG<br><br>ORDER RE: STIPULATION OF DISMISSAL<br>WITHOUT PREJUDICE PURSUANT TO<br>FED. R. CIV. P. 41(a)(1)(A)(i) OF<br>DEFENDANT CEREX AG<br><br>(ECF No. 21). |

On July 1, 2026, Plaintiff filed a notice of voluntarily dismissal of Defendant CEREX AG. (ECF No. 21). The notice provides that Defendant CEREX AG shall be dismissed from the action without prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). (*Id.*). Defendant CEREX AG has yet to make an appearance in the action or otherwise file a responsive pleading.

Accordingly, this action has been terminated without prejudice against Defendant CEREX AG pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), and Plaintiffs' claims against Defendant CEREX AG are no longer pending.

Additionally, the Clerk of Court is directed to terminate on the docket Defendant CEREX AG.

**IT IS SO ORDERED.**

**DATED:** **July 2, 2026**    /s/ *Erica P. Grosjean*
               **UNITED STATES MAGISTRATE JUDGE**

1